Certificate Number: 15317-NJ-DE-033242350

Bankruptcy Case Number: 19-20272



15317-NJ-DE-033242350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2019</u>, at <u>2:52</u> o'clock <u>PM PDT</u>, <u>Josephine Magno</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 12, 2019</u>   By:   <u>/s/Eunice Francia</u>

Name:   <u>Eunice Francia</u>

Title:   <u>Counselor</u>