| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-20272 / MBK

Josephine D Magno

Petition Filed Date: 05/21/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 07/24/2019

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,676.00 | 64517590 | 02/04/2020 | $1,676.00 | 65374460 | 03/09/2020 | $1,676.00 | 66256210 |
| 04/28/2020 | $1,676.00 | 67435070 | 05/12/2020 | $1,676.00 | 67853620 | 06/09/2020 | $1,676.00 | 68544310 |
| 07/21/2020 | $1,676.00 | 69546420 | 08/25/2020 | $1,676.00 | 70353140 | 10/01/2020 | $1,000.00 | 71274810 |
| 10/01/2020 | $676.00 | 71274900 | 11/02/2020 | $1,676.00 | 72002110 | 11/30/2020 | $1,676.00 | 72608420 |
| 12/22/2020 | $1,000.00 | 73236660 | 12/22/2020 | $676.00 | 73236770 | 02/02/2021 | $1,676.00 | 74236550 |
| 02/02/2021 | $1,000.00 | 74236620 | | | | | | |

Total Receipts for the Period: $22,788.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,168.00

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Josephine D Magno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 2019 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,770.40 | $0.00 | $6,770.40 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2017-2018 | Priority Crediors | $21,611.28 | $0.00 | $21,611.28 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $3,699.90 | $0.00 | $3,699.90 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» JCP | Unsecured Creditors | $3,103.91 | $0.00 | $3,103.91 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»» OLD NAVY | Unsecured Creditors | $400.26 | $0.00 | $400.26 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»» THD | Unsecured Creditors | $8,545.42 | $0.00 | $8,545.42 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LENDINGCLUB CORP | Unsecured Creditors | $18,071.47 | $0.00 | $18,071.47 |
| 9 | ORION PORTFOLIO SERVICES, LLC.<br>»» GOLDENNUGGETCASINO.COM | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,313.99 | $0.00 | $2,313.99 |
| 11 | NJ DIVISION OF TAXATION<br>»» 2017 | Priority Crediors | $1,455.20 | $0.00 | $1,455.20 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY CC | Unsecured Creditors | $1,896.14 | $0.00 | $1,896.14 |
| 13 | LENDINGCLUB CORPORATION | Unsecured Creditors | $10,499.69 | $0.00 | $10,499.69 |

**Chapter 13 Case No. 19-20272 / MBK**

| 14 | NewRez LLC<br>»» P/18 ERIN AVE/1ST MTG/DITECH | Mortgage Arrears | $61,051.58 | $25,750.60 | $35,300.98 |
|---|---|---|---|---|---|
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $489.53 | $0.00 | $489.53 |
| 0 | Kevin Fayette, Esq<br>»» ATTY DISCLOSURE | Attorney Fees | $3,560.00 | $3,560.00 | $0.00 |
| 16 | Lando Resorts Corporation<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,168.00 | Plan Balance: | $66,040.00 ** |
| Paid to Claims: | $29,310.60 | Current Monthly Payment: | $1,676.00 |
| Paid to Trustee: | $2,344.64 | Arrearages: | $326.00 |
| Funds on Hand: | $2,512.76 | Total Plan Base: | $100,208.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**