| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-20272 / MBK

Josephine D Magno

Petition Filed Date: 05/21/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 07/24/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $1,676.00 | 74236550 | 02/02/2021 | $1,000.00 | 74236620 | 03/02/2021 | $1,676.00 | 74923340 |
| 03/02/2021 | $676.00 | 74923410 | 03/31/2021 | $1,676.00 | 75629070 | 05/03/2021 | $1,676.00 | 76412810 |
| 06/01/2021 | $1,000.00 | 77107890 | 06/01/2021 | $676.00 | 77107930 | 07/06/2021 | $1,676.00 | 77906650 |
| 08/03/2021 | $1,000.00 | 78565150 | 08/03/2021 | $676.00 | 78565210 | 09/13/2021 | $1,676.00 | 79441420 |
| 10/13/2021 | $1,676.00 | 80076550 | 11/12/2021 | $1,676.00 | 80779000 | 12/09/2021 | $1,676.00 | 81358970 |
| 01/21/2022 | $1,676.00 | 82244260 | | | | | | |

**Total Receipts for the Period: $21,788.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $53,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Josephine D Magno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»»  2019 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,770.40 | $0.00 | $6,770.40 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2017-2018 | Priority Crediors | $21,611.28 | $0.00 | $21,611.28 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $3,699.90 | $0.00 | $3,699.90 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  JCP | Unsecured Creditors | $3,103.91 | $0.00 | $3,103.91 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  OLD NAVY | Unsecured Creditors | $400.26 | $0.00 | $400.26 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  THD | Unsecured Creditors | $8,545.42 | $0.00 | $8,545.42 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  LENDINGCLUB CORP | Unsecured Creditors | $18,071.47 | $0.00 | $18,071.47 |
| 9 | ORION PORTFOLIO SERVICES, LLC.<br>»»  GOLDENNUGGETCASINO.COM | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK | Unsecured Creditors | $2,313.99 | $0.00 | $2,313.99 |
| 11 | NJ DIVISION OF TAXATION<br>»»  2017 | Priority Crediors | $1,455.20 | $0.00 | $1,455.20 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY CC | Unsecured Creditors | $1,896.14 | $0.00 | $1,896.14 |
| 13 | LENDINGCLUB CORPORATION | Unsecured Creditors | $10,499.69 | $0.00 | $10,499.69 |

**Chapter 13 Case No. 19-20272 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NewRez LLC<br>»»  P/18 ERIN AVE/1ST MTG/DITECH | Mortgage Arrears | $61,051.58 | $44,389.39 | $16,662.19 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $489.53 | $0.00 | $489.53 |
| 0 | Kevin Fayette, Esq<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,560.00 | $3,560.00 | $0.00 |
| 16 | Lando Resorts Corporation<br>»»  TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,280.00 | Plan Balance: | $46,928.00  ** |
| Paid to Claims: | $47,949.39 | Current Monthly Payment: | $1,676.00 |
| Paid to Trustee: | $3,795.39 | Arrearages: | $1,326.00 |
| Funds on Hand: | $1,535.22 | Total Plan Base: | $100,208.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

**View your case information online for *FREE*!**  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.