| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231632-1<br>Attorneys for Secured Creditor: DLJ Mortgage Capital, Inc. | |
| In Re:<br><br>Josephine D Magno | Case No.: 19-20272-MBK<br>Chapter 13<br><br>Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of DLJ Mortgage Capital, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
> Roger Fay, Esquire
> Milstead & Associates, LLC
> 1 E. Stow Road
> Marlton, NJ 08053

DOCUMENTS:
> ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
> ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: December 28, 2022 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/Roger Fay<br>Roger Fay, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231632-1<br>Attorneys for Secured Creditor |