|  | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br>Josephine D Magno | CASE NO.: 19-20272<br>CLAIM NO.: 8<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by :   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s): Orion Portfolio Services, LLC
   Mailing Address: PO Box 41031
   City, State, Zip Code: Norfolk, VA 23541

3. **New Address:**
   Mailing Address: 10375 Old Alabama Rd Conn, Suite 302
   City, State, Zip Code: Alpharetta, GA  30022

Date: 8/11/2023

Valerie Smith
Requestor's printed name(s)

/s/ Valerie Smith
Requestor's signature(s)

Bankruptcy Representative
Title